IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WALLACE L. MEIGHAN,

        Petitioner,

v.                                            No. CIV 10-0308 JB/WPL

RAY TERRY, WARDEN,

        Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed August 12, 2010 (Doc. 16)("PFRD"). The PFRD notified the parties that objections were due within fourteen days of service of the PFRD and that failure to file objections waives appellate review. See PFRD at 2. See also Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). To date, no objections have been filed.

**IT IS ORDERED** that: (i) the Magistrate Judge's Proposed Findings and Recommended Disposition is adopted; (ii) the United States' Motion to Dismiss for Lack of Ripeness Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 Filed on April 1, 2010, filed April 21, 2010 (Doc. 8) is denied as moot; (iii) the Amended Motion to Dismiss Petition Without Prejudice, filed August 6, 2010 (Doc. 13) is denied as moot; (iv) the Second Amended Motion to Dismiss Petition Without Prejudice, filed August 10, 2010 (Doc. 14) is denied as moot; (v) the Third Amended Unopposed Motion to Dismiss Petition Without Prejudice, filed August 11, 2010 (Doc. 15) is granted; and (vi) Petitioner Wallace L. Meighan's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed April 1, 2010 (Doc. 1) is dismissed without prejudice.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

Marc H. Robert
  Assistant Federal Public Defender
Las Cruces, New Mexico

        *Attorney for the Petitioner*

Kenneth J. Gonzales
  United States Attorney
Linda Mott
  Assistant United States Attorney
Albuquerque, New Mexico

        *Attorneys for the Respondent*